| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Nancy Curry<br>Chapter 13 Standing Trustee<br>1000 Wilshire Blvd., Suite 870<br>Los Angeles, CA 90017<br>(213) 689-3014 FAX (213) 689-3055<br>trustee13la@aol.com<br><br>*Chapter 13 trustee* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**DEC 04 2018**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** penning **DEPUTY CLERK** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>Grigoryan, Jasmena<br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:17-bk-14769-VZ<br><br>CHAPTER: 13<br><br>**ORDER CONFIRMING CHAPTER 13 PLAN**<br><br>DATE: November 19, 2018<br>TIME: 10:15 A.M.<br>COURTROOM: 1368<br>PLACE: 255 E. Temple Street<br>            Los Angeles, CA 90012 |
|---|---|

The Chapter 13 Plan or last amended plan, if any (Plan) of Debtor, was filed on (*date*) __08/14/18__.

The Plan was served on the creditors pursuant to FRBP 3015. The Debtor appeared and was examined at a meeting conducted pursuant to 11 U.S.C. § 341(a). The court finding that the Plan meets the requirements of 11 U.S.C. §1325, the court orders as follows:

The Plan is confirmed, with the following provisions:

1. Plan payments:

    a. ☐ The amount of each monthly plan payment is $_____. The due date is _____ day of each month for _____ months. The Plan provides for the payment of _____% of allowed claims for general unsecured creditors.

    b. ☒ For months __1-10__, the monthly plan payment is $___1,600.00___. For months __11-60__, the monthly plan payment is $___2,223.00___. **[Repeat as needed]** The due date is __18th__ day of each month. The Plan provides for the payment of __0__% of allowed claims for general unsecured creditors.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                    Page 1                            F 3015-1.03.ORDER.CNFRM.CH13.PLAN

2. Confirmation of the Plan is without prejudice to the rights of secured creditors with respect to postpetition defaults by the Debtor.

3. Other provisions:

   a. ☒ This is a base plan with the Debtor paying at least $ 127,150.00 of disposable income into the Plan. The Debtor shall submit statements of income on an annual basis to the trustee, which income shall be reviewed by the trustee who may petition the court to increase the monthly plan payment for cause until such time as all allowed unsecured creditors, to the extent they are to be paid during the term of the Plan, are paid 100%. The trustee may increase the dividend paid allowed claims until the full amount of the plan base stated in this paragraph has been paid by the Debtor or the claims have been paid in full without further notice or order from the court.

   b. ☒ The trustee is authorized to make payment to holders of secured claims based on the Plan. However, a filed proof of claim will control the amount owed the creditor, unless an objection to such proof of claim is filed, whether that amount is more or less than the amount provided by the Plan.

   c. ☒ Counsel for Debtor is awarded fees of $ 3,000.00 ; having previously received $ 1,500.00 , counsel is entitled to payment of $ 1,500.00 from the estate.

   d. ☒ See attachment for additional provisions incorporated in this order.

   e. ☐ Other:

###

Date: December 4, 2018

_Vincent P. Zurzolo_
United States Bankruptcy Judge

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 2    F 3015-1.03.ORDER.CNFRM.CH13.PLAN

**ATTACHMENT FOR ORDER CONFIRMING CHAPTER 13 PLAN**

1. Each year a case is pending after filing of the case, the debtor shall timely submit the personal and business income tax returns to the appropriate taxing authorities. The debtor shall provide to the Trustee complete copies of personal and business income tax returns and copies of forms W-2s and/or 1099 within 10 days after the income tax returns are filed.

2. The debtor shall turn over to the Trustee any federal and state income tax refunds that are issued to the debtor during the plan term in excess of $1,500 within 10 days of its receipt. The debtor is allowed to retain a maximum of $1,500 of combined tax refunds each year.

3. If the Debtor is self-employed, the Debtor shall provide financial statements, including but not limited to bank statements, income and expense statements, a balance sheet, and a cash flow statement for every six (6) months of the plan term.